IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LOUIS J. PROVENZA** | § | **PLAINTIFF/COUNTER DEFENDANT** |
| **v.** | § | **CAUSE NO. 1:09cv191-LG-RHW** |
| **TERESA L. "LYNN" WITT-STAMPS** | § | **DEFENDANT/COUNTERCLAIMANT** |

## DEFAULT JUDGMENT

This matter having come on to be heard on Plaintiff Louis Provenza's [102] Motion for Entry of Default Judgment, the Court, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that default judgment is granted on the Complaint. Plaintiff Louis Provenza shall recover Three Hundred Ninety-Two Thousand Nine Hundred Fifty-Five Dollars and Fifty Cents ($392,955.50), 0.19 percent post judgment interest starting from the date of this Judgment, and costs from Defendant Teresa Lynn Witt-Stamps.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Counterclaim is hereby **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 8th day of July, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE